Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAHANA SOMASUNDARA,<br><br>         Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>         Defendants. | Case No. 2:20-cv-01851-BJR<br><br>STIPULATED MOTION AND<br>ORDER TO EXTEND DEADLINES |

The parties, pursuant to Local Rules 10(g) and 16, hereby jointly stipulate and move for an extension of Defendants' deadline to file an Answer to the Complaint. The Answer is currently due March 5, 2021; the new deadline would be April 15, 2021.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit there is good cause for an extension of this deadline. Defendants have recently scheduled Plaintiff's biometrics appointment for March 22, 2021 and anticipate issuing a decision on Plaintiff's I-539 and I-765 Applications thereafter. Adjudication of Plaintiff's I-539 and I-765 Applications would fully resolve this action without the time and expense of further litigation.

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-01851-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties seek an extension to April 15, 2021 as the deadline for Defendants to file the Answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 25, 2021

*s/ Ralph Hua*
RALPH HUA, WSBA #42189
Fisher Phillips LLP
1201 3rd Avenue
Seattle, WA 98101
Phone: 206-247-7014
Email: rhua@fisherphillips.com

Attorney for Plaintiff

DATED: February 25, 2021

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

Attorney for Defendants

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-01851-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

Having reviewed the stipulated motion of the parties to extend deadlines (Dkt. No. 7), the Court GRANTS the motion and ORDERS that the deadline for Defendants to file their answer is extended to April 15, 2021.

The Court notes that in this stipulated motion, Defendants have changed the caption of the case to reflect that Alejandro Mayorkas is now serving as the Secretary of the Department of Homeland Security (DHS). Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk is directed to substitute DHS Secretary Alejandro Mayorkas for former Acting DHS Secretary Chad Wolf as a defendant in this matter.

Dated this 26th day of February, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-01851-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970