Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAHANA SOMASUNDARA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-01851-BJR<br><br>ORDER ON STIPULATED MOTION<br>TO EXTEND DEADLINES |

This matter is before the Court on the parties' stipulated motion to extend deadlines. Dkt. No. 10. The Court GRANTS the motion and ORDERS that the following deadlines are extended as follows:

1. Defendant's answer is due by June 1, 2021.
2. FRCP 26(f) conference must be held by June 8, 2021.
3. Initial disclosures are due by June 15, 2021.
4. Joint status report and discovery plan is due by June 22, 2021.

DATED April 8, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge