UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAHANA SOMASUNDARA, | Case No. 2:20-cv-01851-BJR |
| Plaintiff, | STIPULATED MOTION AND ORDER FOR DISMISSAL |
| v. | Note on Motion Calendar: |
| ALEJANDRO MAYORKAS, et al., | May 21, 2021. |
| Defendants. | |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action, with the parties to each bear their own fees and costs.

//
//
//
//
//
//
//

2          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3   DATED: May 21, 2021                    *s/ Ralph Hua*
                                           RALPH HUA, WSBA #42189
4                                          Fisher Phillips LLP
                                           1201 3rd Avenue
5                                          Seattle, WA 98101
                                           Phone: 206-247-7014
6                                          Email: rhua@fisherphillips.com

7                                          Attorney for Plaintiff

8

9   DATED: May 21, 2021                    *s/ Matt Waldrop*
                                           MATT WALDROP, Georgia Bar #349571
10                                         Assistant United States Attorney
                                           United States Attorney's Office
11                                         700 Stewart Street, Suite 5220
                                           Seattle, Washington 98101-1271
12                                         Phone:  206-553-7970
                                           Fax:  206-553-4067
13                                         Email:  james.waldrop@usdoj.gov

14                                         Attorney for Defendants

15

16

17

18

19

20

21

22

23

STIPULATED MOTION FOR DISMISSAL                          UNITED STATES ATTORNEY
2:20-cv-01851-BJR                                         700 STEWART STREET, SUITE 5220
PAGE– 3                                                   SEATTLE, WASHINGTON 98101
                                                         (206) 553-7970

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.

Dated this 21st day of May, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION FOR DISMISSAL
2:20-cv-01851-BJR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970